UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60714-CIV-COHN/SELTZER

JEROME R. YON,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC and RESURGENT
CAPITAL SERVICES, LP,

    Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff Jerome R. Yon's Notice of Voluntary Dismissal With Prejudice [DE 10], and having considered the Notice and the record, it is hereby

**ORDERED AND ADJUDGED** that the above-referenced cause of action is **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of June, 2008.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record